BENJAMIN B. WAGNER
United States Attorney
NAME OF ATTORNEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH THE PREMISES LOCATED AT 6141 TRAVERSE CREEK ROAD, GARDEN VALLEY, CALIFORNIA 95633 | CASE NO. 2:14-SW-296 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: July 15, 2014

_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE